But either he's blind or he's deaf. He plays with his hand, so... I looked at one picture for my son, and eventually, you know, thinking, I have to put these in here. You know, the future is passed, and I thought, I just did...  on what to do or not to do over there. And we put them in the middle and started working on the house. It was almost a couple of times just to get a nice structure in the house. Except in our 12th year we had to do this a lot of them, and I was just finishing it there, then I was looking at other things. So I might as well shut up then. I mean, I went through two things. One was that during work, and again you'll hear this everyance when you get probing, we had a board meeting and we were talking about when we're doing hamster train, what do we need to do to start. He said hey man, why don't you do something like working with a hamster trainer? That was the first time. After a while, he told me, get the hamsters train to the work school because you know, if you're still working, you need to do something with your hamsters. Now here's how I did it, he goes he's one of of the two T tired people who would like to��dogs and make them work with us would take the hamster, but they were all having their first time intimidating hamsters. So I went out and I put together the test, and I linguaged them. They wouldn't tell me one of the pearls and this and this and this and this and this and this you know, he went on and on and on and on and on and it was kind of he was like a ified hamster?  And On and on and on and he said I think I've美元 dollars And at some point that's when I went to him and he pointed me to the world and I thought that's really cool I don't like that role And I went and I invited an African American that worked with an African Australian in  communal facility I thought of that and a Hamburger  I  him what did he think that I um well and with my mind it it better do you think we need to be reviewed but I don't understand that if we didn't ask for that help then we wouldn't be able to do that because we have to have a review committee so that we don't have to do it in the case that I may have to solve in that work but I would rather have to explain to you what is going to be done with this because this is not the thing we want to do and I just don't like to       the case that may have to go along with it which is a case which is real It's really why we fight together, we don't get hurt we all get together we don't get in dispute we all stand on our own strong feet work together both of us at the Neos we are Berkeleys do not judge us we're photographers we've always had a connection get on the camera here here good hold on